1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              2:13-MC-00077-JAM-EFB

12          Plaintiff,                    STIPULATION AND ORDER
                                          EXTENDING TIME FOR FILING
13     v.                                 A COMPLAINT FOR
                                          FORFEITURE AND/OR TO
14 APPROXIMATELY $29,000.00 IN U.S.       OBTAIN  AN INDICTMENT
   CURRENCY,                              ALLEGING FORFEITURE
15
           Defendant.
16

17

18         It is hereby stipulated by and between the United States of America and claimant Andre R.

19 Logan ("claimant"), by and through their respective counsel, as follows:

20         1.      On or about May 1, 2013, claimant Andre R. Logan filed a claim in the administrative

21 forfeiture proceeding with the U.S. Drug Enforcement Administration with respect to the Approximately

22 $29,000.00 in U.S. Currency ("defendant currency"), which was seized on February 19, 2013.

23         2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

24 required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

25 person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other

26 than claimant has filed a claim to the defendant currency as required by law in the administrative

27 forfeiture proceeding.

28         3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

                                          1
                                             Stipulation and Order to Extend Time

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the

parties.  That deadline is July 30, 2013.

4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to

October 28, 2013, the time in which the United States is required to file a civil complaint for forfeiture

against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

subject to forfeiture.

5.      Accordingly, the parties agree that the deadline by which the United States shall be

required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

alleging that the defendant currency is subject to forfeiture shall be extended to October 28, 2013.

Dated:  7/30/13                                              BENJAMIN B. WAGNER
                                                            United States Attorney


                                               By:      /s/ Kevin C. Khasigian
                                                        KEVIN C. KHASIGIAN
                                                        Assistant U.S. Attorney




Dated: 7/30/13                                          /s/ Rebekah Morrissey on behalf of
                                                        RICHARD R. JOHNSON
                                                        Attorney for claimant
                                                        Andre R. Logan

                                                        (Signature retained by attorney)


        **IT IS SO ORDERED**.

Dated:  7/30/2013

                                                        /s/ John A. Mendez
                                                        UNITED STATES DISTRICT JUDGE

                                                        Stipulation and Order to Extend Time