BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MC-00077-JAM-EFB |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $29,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Andre R. Logan ("claimant"), by and through their respective counsel, as follows:

1.   On or about May 1, 2013, claimant Andre R. Logan filed a claim in the administrative forfeiture proceeding with the U.S. Drug Enforcement Administration with respect to the Approximately $29,000.00 in U.S. Currency ("defendant currency"), which was seized on February 19, 2013.

2.   The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

1 forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant
2 currency is subject to forfeiture within ninety days after a claim has been filed in the administrative
3 forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the
4 parties. That deadline was July 30, 2013.

5   4.   By Stipulation and Order filed July 31, 2013, the parties stipulated to extend to October
6 28, 2013, the time in which the United States is required to file a civil complaint for forfeiture against
7 the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
8 forfeiture.

9   5.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend
10 to December 27, 2013, the time in which the United States is required to file a civil complaint for
11 forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant
12 currency is subject to forfeiture.

13   6.   Accordingly, the parties agree that the deadline by which the United States shall be
14 required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment
15 alleging that the defendant currency is subject to forfeiture shall be extended to December 27, 2013.

Dated:  10/23/13                    BENJAMIN B. WAGNER
                                    United States Attorney

                              By:   /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN
                                    Assistant U.S. Attorney


Dated:  10/24/13                    /s/ Richard R. Johnson
                                    RICHARD R. JOHNSON
                                    Attorney for claimant Andre R. Logan
                                    (Signature retained by attorney)

**IT IS SO ORDERED**.

Dated: October 25, 2013             /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge