1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

**FILED**

DEC 26 2013

CLERK, U S DISTR... COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              2:13-MC-00077-JAM-EFB

12            Plaintiff,                  STIPULATION AND ORDER EXTENDING
                                          TIME FOR FILING A COMPLAINT FOR
13      v.                                FORFEITURE AND/OR TO OBTAIN AN
                                          INDICTMENT ALLEGING FORFEITURE
14 APPROXIMATELY $29,000.00 IN U.S.
   CURRENCY,
15
              Defendant.
16

17

18      It is hereby stipulated by and between the United States of America and claimant Andre R.

19 Logan ("claimant"), by and through their respective counsel, as follows:

20      1.      On or about May 1, 2013, claimant Andre R. Logan filed a claim in the administrative

21 forfeiture proceeding with the U.S. Drug Enforcement Administration with respect to the Approximately

22 $29,000.00 in U.S. Currency ("defendant currency"), which was seized on February 19, 2013.

23      2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

24 required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any

25 person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other

26 than claimant has filed a claim to the defendant currency as required by law in the administrative

27 forfeiture proceeding.

28      3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

                                     1
                                          Stipulation and Order to Extend Time

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was July 30, 2013.

4.   By Stipulation and Order filed July 31, 2013, the parties stipulated to extend to October 28, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.   By Stipulation and Order filed October 28, 2013, the parties stipulated to extend to December 27, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to February 25, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///

2

1         6.     Accordingly, the parties agree that the deadline by which the United States shall be

2    required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

3    alleging that the defendant currency is subject to forfeiture shall be extended to February 25, 2014.

4    Dated: ___12/23/13_____                          BENJAMIN B. WAGNER
                                                      United States Attorney
5

6
                                            By:    /s/ Kevin C. Khasigian
7                                                  KEVIN C. KHASIGIAN
                                                   Assistant U.S. Attorney
8

9

10   Dated: ___12/23/13_____                          /s/ Richard R. Johnson
                                                      RICHARD R. JOHNSON
11                                                    Attorney for claimant Andre R. Logan

12                                                    (As authorized via email 12/23/13)

13

14   **IT IS SO ORDERED**.

15   Dated: ___12/26/13__                             /s/ John A. Mendez
                                                      JOHN A. MENDEZ
16                                                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

                                                      3
                                                                        Stipulation and Order to Extend Time